UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRENT KING,

      Defendant.

_____/

Case No. 1:07:CR:62

HON. GORDON J. QUIST

**ORDER**

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

      THEREFORE, IT IS ORDERED that:

      1.    The Report and Recommendation of the Magistrate Judge filed April 20, 2007, is approved and adopted as the Opinion and Findings of this Court.

      2.    Defendant Brent King's plea of guilty to Count 1 of the Indictment is accepted. Defendant Brent King is adjudicated guilty.

      3.    Defendant Brent King shall be detained pending sentencing.

Dated: May 17, 2007

           /s/ Gordon J. Quist
           GORDON J. QUIST
           UNITED STATES DISTRICT JUDGE